SEACOAST FINANCE COMPANY, PLAINTIFF-RESPONDENT,
v. 3 GUYS AUTO SALES, INC., *ET AL.*, DEFENDANTS-
PETITIONERS.

*Messrs. Kushinsky & Kushinsky* for the petitioners.

*Mr. Solomon Lautman* and *Mr. Donald J. Rapson* for the
respondent.

March 11, 1963.   Denied.

ELAINE FEFFE, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
SHOPPERS REALTY CO., INC., *ET AL.*, DEFENDANTS-
PETITIONERS.

*Mr. H. Frank Pettit* for the petitioners.

*Mr. Jacob Schneider* and *Mr. Herbert Koransky* for the
respondents.

March 11, 1963.   Denied.